1 Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
2 1201 Third Avenue, Suite 3200
Seattle, Washington 98101
3 Telephone: (206) 623-1900
Facsimile: (206) 623-3384
4 jfarris@kellerrohrback.com

5
Attorneys for Plaintiffs
6 *Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY, <br><br> Plaintiffs, <br> v. <br><br> HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC, <br><br> Defendants, | No. 2:10-CV-00222-MCE-GGH <br><br> **STIPULATION FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT;ORDER** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 28 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **March 22, 2010**. There have been no prior continuances of Defendant Eddy's responsive pleading deadline.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 19, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
   Juli E. Farris
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
   jfarris@kellerrohrback.com

KELLER ROHRBACK, P.L.C.
Gary D. Greenwald
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@krplc.com
ggotto@krplc.com

YEZBAK LAW OFFICES
Charles P. Yezbak, III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
Yezbak@yezbaklaw.com

Of Counsel

By: */s/ Robert Eddy (with consent)*
     Robert Eddy
     12168 Stallion Way
     Truckee, California 96161
     Pro Per

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **March 24, 2010**.

IT IS SO ORDERED.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com