SCHIFF HARDIN LLP
CHRISTOPHER J. RILLO (CSB No. 112009)
NICOLE S. MAGALINE (CSB No. 253072)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
crillo@schiffhardin.com
nmagaline@schiffhardin.com

Attorneys for Defendants
HERBERT C. BRUISTER and
BRUISTER FAMILY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC, <br><br> Defendants. | Case No. 2:10-cv-00222-MCE-GGH <br><br> **STIPULATION AND APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, AND BRUISTER FAMILY LLC TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to Eastern District Local Rule 6-144(a), Plaintiffs and Defendants Herbert C. Bruister, Jonda Henry, and the Bruister Family LLC hereby stipulate and agree that Defendants Herbert C. Bruister, Jonda Henry, and the Bruister Family LLC shall have an additional 45 days to file responsive pleadings to the Complaint, such that the new deadline for Defendants Herbert C. Bruister, Jonda Henry, and Bruister Family LLC 's responsive pleadings is now **April 9, 2010**. As this is an extension of time of more than 30 days, the parties request that this Court approve this extension by signing the proposed order attached pursuant to Local Rule 6-144(a).

1  Plaintiffs and Defendant Amy O. Smith stipulate and agree that Defendant Amy O. Smith shall have an additional 18 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Amy O. Smith's responsive pleading is now **April 9, 2010**.

These extensions are necessary as counsel for Defendants Herbert C. Bruister, Amy O. Smith, Jonda Henry, and the Bruister Family LLC have only recently been selected by the defending insurance carrier.

There have been no prior continuances of Defendants Herbert C. Bruister, Amy O. Smith, Jonda Henry, and the Bruister Family LLC's responsive pleading deadlines.

| | | |
|---|---|---|
| Dated: March 15, 2010 | | SCHIFF HARDIN LLP |

By: */s/ Christopher J. Rillo*
    Christopher J. Rillo
    Attorneys for Defendants
    HERBERT C. BRUISTER and
    BRUISTER FAMILY LLC

Dated: March 15, 2010                    MAYNARD COOPER & GALE, PC


By: */s/ William B. Wahlheim (with consent)*
    William B. Wahlheim, Jr.
    John David Collins
    Attorneys for Defendants AMY O.
    SMITH and JONDA HENRY

Dated: March 15, 2010                    KELLER ROHRBACK, P.L.C.


By: */s/ Gary D. Greenwald (with consent)*
    Gary D. Greenwald
    Gary A. Gotto
    Julie E. Farris
    Attorneys for Plaintiffs

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that Defendants Herbert C. Bruister, Amy O. Smith, Jonda Henry, and the Bruister Family LLC shall file their responsive pleadings no later than **April 9, 2010**.

IT IS SO ORDERED.

Dated: March 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SF\9592434.2

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO