| | |
|---|---|
| 1 | Juli E. Farris (SBN 141716) |
| 2 | KELLER ROHRBACK, L.L.P. |
|   | 1201 Third Avenue, Suite 3200 |
| 3 | Seattle, Washington 98101 |
|   | Telephone: (206) 623-1900 |
| 4 | Facsimile: (206) 623-3384 |
|   | jfarris@kellerrohrback.com |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | *Additional Counsel on Signature Page* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY, | No. 2:10-CV-00222-MCE-GGH |
| Plaintiffs, | |
| v. | **STIPULATION AND APPLICATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; ORDER** |
| HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC, | |
| Defendants, | |

Pursuant to Eastern District Local Rule 6-144, Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Christopher Rillo of the law firm Schiff Hardin LLP, was recently appointed by an insurance carrier to represent Defendants Herbert C. Bruister and Bruister Family LLC as counsel in this litigation;

1

PDF created with pdfFactory trial version www.pdffactory.com

Stipulation and Order

2. William B. Wahlheim, Jr. of the law firm Maynard Cooper & Gale PC, was recently appointed by an insurance carrier to represent Defendants Amy O. Smith and Jonda Henry as counsel in this litigation;

3. Mr. Rillo entered his appearance of record on March 15, 2010 (Dkt. 13);

4. Although Mr. Walheim signed the Stipulation filed with the Court at Dkt. 19, he technically has not entered his appearance of record;

5. Defendant Robert Eddy is presently appearing pro se;

6. As a result of their recent entry in this litigation and their inability to complete their investigation of the allegations of the Complaint, the parties have had insufficient time to confer as required by Fed.R.Civ.P. 26(f) and prepare their joint status report which includes a Rule 26(f) discovery plan;

7. Pursuant to a Stipulation and Order of this Court, the Defendants have been ordered to file their responsive pleadings to the Complaint no later than April 9, 2010 (Dkt. 19, 21); and

8. For good cause shown, the parties should be granted an extension until on or before April 16, 2010, to file their Joint Status Report as ordered by this Court (Dkt. 4).

As this is an extension of time from this Court's order issued January 27, 2010 (Dkt. 4), the parties request that this Court approve this extension by signing the Proposed Order attached, pursuant to Local Rule 6-144(a). There have been no prior requests for an extension from the Court's Order at Dkt. 4.

PDF created with pdfFactory trial version www.pdffactory.com
Stipulation and Order

DATED: March 23, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
   Juli E. Farris
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
   jfarris@kellerrohrback.com

| KELLER ROHRBACK, P.L.C. | |
|---|---|
| Gary D. Greenwald | |
| Gary A. Gotto | YEZBAK LAW OFFICES |
| 3101 North Central Avenue, Suite 1400 | Charles P. Yezbak, III |
| Phoenix, Arizona 85012 | 2002 Richard Jones Road, Suite B-200 |
| Telephone: (602) 248-0088 | Nashville, Tennessee 37215 |
| Facsimile: (602) 248-2822 | Telephone: (615) 250-2000 |
| ggreenwald@krplc.com | Facsimile: (615) 250-2020 |
| ggotto@krplc.com | Yezbak@yezbaklaw.com |

Of Counsel

| SCHIFF HARDIN L.L.P. | MAYNARD COOPER & GALES, P.C. |
|---|---|
| By:*/s/ Christopher J. Rillo (with consent)* | By:*/s/ William B. Wahlheim (with consent)* |
|   Christopher J. Rillo |   William B. Wahlheim, Jr. |
|   Nicole S. Magaline |   John David Collins |
|   One Market, Spear Street Tower |   2400 Regions Herbert Plaza |
|   Thirty-Second Floor |   1901 Sixth Avenue North |
|   San Francisco, California 94105 |   Birmingham, Alabama 35203 |
|   Attorneys for Defendants |   Attorneys for Defendants |
|   Bruister and Bruister Family LLC |   Smith and Henry |

By:*/s/ Robert Eddy (with consent)*
   Robert Eddy
   12168 Stallion Way
   Truckee, California 96161
   Pro Se

3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that all parties shall file their Joint Status Report on or before **April 16, 2010**, in accordance with the instructions in the Order Requiring Joint Status Report at Dkt. 4.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com