IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOEL D. RADER and VINCENT SEALY                                    PLAINTIFFS

v.                                                    CIVIL ACTION NO. 3:13cv1081-DPJ-FKB

HERBERT C. BRUISTER, et al.                                        DEFENDANTS

JUDGMENT

Consistent with the Order entered this date, the Court finds that Judgment should be

entered in favor of Plaintiff Vincent Sealy in the amount of $6,492,613.97.  Defendants Herbert

C. Bruister, Amy O. Smith, and Jonda Henry are jointly and severally liable in the amount of

$4,504,605.30.  Bruister is also liable for $1,988,008.67 in prejudgment interest.  Defendant

BFLLC is jointly and severally liable with Bruister, Smith, and Henry for $885,065.25 and is

jointly and severally liable with Bruister for $390,604.12 in prejudgment interest.  All awards

shall be paid to the benefit of the Bruister & Associates Employee Stock Ownership Trust, the

Bruister & Associates Employee Stock Ownership Plan, and/or the Bruister & Associates

Eligible Individual Account Plan.  Defendants Bruister, Smith, Henry, and BFLLC are all

permanently enjoined from acting in the future as fiduciaries or service providers to ERISA-

covered plans.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE